# UNITED STATES DISTRICT COURT

## District of Minnesota

Jose Antonio Padilla Janeta

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Sirce Owen, Executive Office for Immigration Review, Samuel Olson,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-372 KMM/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for a writ of habeas corpus is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Petitioner Jose P.J. If Jose P.J. was previously subject to conditions of supervision, his release may be on the same conditions.

4. Finally, the Court **ORDERS** Respondents to notify the Court within 24 hours of Petitioner's release

Date: 1/18/2026

KATE M. FOGARTY, CLERK